Commonwealth *v*. Flannery, Appellant.

Argued December 7, 1972.
*Edward A. Savastio*, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, with him *J. David Bean*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v*. Fruster, Appellant.

Argued December 11, 1972. *Jonathan Miller*, Assistant Defender, with him *Vincent J. Ziccardi*, Defender, for appellant; *Robert B. Lawler*, Assistant District Attorney, with him *Milton M. Stein*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.